# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-cv-00126-SASP-RT |
| CASE NAME: | Nicole Craig vs. Paradise Park Owners Association, et al., |
| ATTY FOR PLTFS: | Nicole Craig (*Pro Se*) |
| ATTY FOR DEFTS: | Mia D. Obciana |

---

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | No Record / ZOOM (**SEALED**) |
| DATE: | 5/28/2025 | TIME: | |
| | | No Record: | 10:00 AM – 12:30 PM |
| | | **SEALED**: | 12:30 PM – 12:45 PM |

---

COURT ACTION: EP: 1.) EARLY SETTLEMENT CONFERENCE; and
2.) **SETTLEMENT ON THE RECORD** had on 5/28/2025.

Others Present:

For Defendants:

- Jon Loehndorf;
- Naomi Hirayasu;
- Patty Egan;
- Kari Hoffman;
- Teresa Bayne;
- Danny Harris;
- Jason Schillewaert; and
- Jeff Finley (collectively "Defendants")
- Kristen O'Neill, Authorized Representative of Defendant Hawaiian Paradise Park Owners Association.

**Confidential Settlement Conference (No Record: 10:00 AM – 12:30 PM):**

Discussion had. Court extends mediator's proposal. Settlement reached.

**Settlement on the Record (SEALED: 12:30 PM – 12:45 PM)**

Court recited the **material and essential** terms of the settlement.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms as cited by the Court and further clarified.

Court finds the essential terms of a **binding and enforceable settlement** have been set forth in the record of this proceeding.

Settlement **terms** to remain **confidential**. The audio **record** and/or transcript of this hearing shall be sealed. Counsel and the parties to the settlement, however, shall be permitted access without further court order.

**With the permission of the District Judge, Trial date and all deadlines are VACATED.**

Court to retain jurisdiction to effectuate settlement up through the filing of the Stipulation to Dismiss.

**Stipulation to Dismiss** is due by **7/15/2025** and to be submitted to Park_Orders@hid.uscourts.gov, with a courtesy copy to Trader_Orders@hid.uscourts.gov.

To monitor status of the **Stipulation to Dismiss**, the Court sets a **Confidential Telephone Conference** for **8/1/2025 at 8:45 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).
Meeting ID: 161 5641 6035.

Should the Stipulation to Dismiss be filed prior, the Court will automatically vacate the 8/1/2025 Telephone Conference.

*Submitted by: Anjelica Barker, Courtroom Manager*