GORDON REES SCULLY MANSUKHANI, LLP

MIA D. OBCIANA             #8424-0
KRISTEN A. YAMAMOTO    #9412-0
707 Richards Street, Suite 625
Honolulu, Hawaii 96813
Telephone No.: (808) 441-1830
Facsimile No.:  (808) 464-6535
E-mail:   mobciana@grsm.com; kyamamoto@grsm.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NICOLE CRAIG, | CIVIL NO. CV 24-00126 SASP-RT |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL |
| vs. | CLAIMS AND ALL PARTIES AND ORDER |
| HAWAIIAN PARADISE PARK OWNERS ASSOCIATION, A Hawai'i Non-Profit Corporation; KARIN HOFFMAN, as an individual and Director; JEFFREY FINLEY, as an individual and Director; ALISSA HANSHEW, as an individual and Director; NAOMI HIRAYASU, as an individual and Director, JASON SCHILLEWAERT, as an individual and Director; DANIEL HARRIS, as an individual and Director; JON LOEHNDORF, as an individual and Director; PATRICIA EGAN, as an individual and Director; BRENDAN FREITAS, as an individual and | Trial Date:  December 9, 2025<br>Judge:  Honorable Shanlyn A. S. Park |

|   |   |
|---|---|
| Director; and DOES 1 to 10, inclusive,   )<br>)<br>)<br>            Defendants.   )<br>)<br> | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF <ins>ALL CLAIMS AND ALL PARTIES</ins>

IT IS HEREBY STIPULATED by and between all parties who have appeared in this cation, by their respective counsel, that this action is dismissed with prejudice. There are no remaining parties and/or issues.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1. This stipulation has been signed by counsel for all parties who have made an appearance in this action. Trial in this case was set for December 9, 2025. Each party agrees to bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaii, July 31, 2025.

/s/ Nicole Craig
NICOLE CRAIG

Plaintiff *Pro Se*

/s/ Mia D. Obciana
MIA D. OBCIANA
KRISTEN A. YAMAMOTO

Attorneys for Defendants

APPROVED AS TO FORM:

DATED: Honolulu, Hawai'i, August 1, 2025.



_____
Shanlyn A.S. Park
United States District Judge

---

*Nicole Craig v. Hawaiian Paradise Park Owners Association; et al.*; Case. No. CV 24-00126 SASP-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER